UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PATTEN,<br>Plaintiff<br>v.<br>M. DESCHAMPS, et al.,<br>Defendants. | Case No. CV 17-264-VAP (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

This action is dismissed, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

DATED: June 28, 2017

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE