# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PATTEN,<br>　　　Plaintiff<br>　　v.<br>M. DESCHAMPS, et al.,<br>　　　Defendants. | Case No. CV 17-264-VAP (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

This action is dismissed, without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

DATED: February 26, 2018　　　　　　／s／ Virginia A. Phillips

　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE